

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00022-CV

| | | |
|---|---|---|
| Eugene Flores | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2012-02382) |
| v. | § | June 20, 2013 |
| James Wood Finance LLC | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Ann Dauphinot